452

## Louis A. Fosse, Appellant, v. National Life Insurance Company, Appellee.

### Gen. No. 42,937.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Eckert & Peterson, for appellee; Walter H. Eckert, Tom Leeming and Owen Rall, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.

## Simon L. Bernstein, Appellant, v. Security Mutual Life Insurance Company, Appellee.

### Gen. No. 42,938.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Hoyne, O'Connor & Rubinkam, for appellee; Nathaniel Rubinkam, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.